Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Olena Havryshchuk ) Chapter 7
)
) No. 22-13057
)
Debtor(s) ) Judge David D. Cleary

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on March 15, 2023, at 10:00am, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Employ Attorney, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

# CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on February 21, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

## CERTIFICATE OF SERVICE

      I hereby certify that in this 21st day of February, 2023, I placed a true and correct copy of the foregoing DEBTOR'S MOTION TO EMPLOY ATTORNEY., in the U.S. Mail, first-class, postage prepaid, addressed to the following parties:

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

David P. Leibowitz
Law Offices of David P. Leibowitz LLC
3478 N. Broadway, Ste Unit 207
Chicago, IL 60657-2516

Service List


/s/ David Freydin
David Freydin

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-13057<br>Northern District of Illinois<br>Eastern Division<br>Tue Feb 21 09:55:45 CST 2023 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AES/Education Loans<br>Attn: Bankruptcy<br>Po Box 2<br>Harrisburg, PA 17105 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capitalone<br>Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595-2321 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCSB3E 1830 E Paris Ave SE<br>Grand Rapids, MI 49546 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Target<br>c/o Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | David P Leibowitz ESQ<br>Law Offices of David P Leibowitz LLC<br>3478 N. Broadway<br>Ste Unit 207<br>Chicago, IL 60657-3156 | Olena Havryshchuk<br>9248 Jill Lane, Apt. 2N<br>Schiller Park, IL 60176-2233 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy               120 Corporate Blvd Ste 100            Attn: Bankruptcy
Po Box 982234                  Norfolk, VA 23502                     120 Corporate Boulevard
El Paso, TX 79998                                                    Norfolk, VA 23502


Spring Oaks Capital, Llc       End of Label Matrix
Attn: Bankruptcy               Mailable recipients   24
P.O. Box 1216                  Bypassed recipients    0
Chesapeake, VA 23327           Total                 24
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) CASE NO. 22-13057 |
| | ) |
| Olena Havryshchuk | ) HON. David D. Cleary |
| | ) |
| | ) CHAPTER 7 |
| DEBTOR. | ) |

## DEBTOR'S MOTION TO EMPLOY ATTORNEY

NOW COMES Olena Havryshchuk, Debtor, by and through Debtor's attorney, David Freydin, and moves this Honorable Court to allow Debtor to employ an attorney to prosecute a hardship adversary to discharge her student loans, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 7 Title U.S.C. on November 10, 2022.

2. That Debtor disclosed her student loans owed to the United States Department of Education on her original petition.

3. That Debtor would like permission to retain David Freydin and the Law Offices of David Freydin to represent her in an adversary proceeding to discharge her student loans under the new guidance issued in November 2022.

4. That David Freydin and his office have considerable experience prosecuting and successfully resolving various types of adversary proceedings.

5. That without counsel, Debtor is not able to properly prosecute a hardship adversary.

6. That pursuant to §327 (e) of the United States Bankruptcy Code, the Debtor respectfully requests that this Honorable Court enter an order authorizing the employment of David Freydin of the Law Offices of David Freydin, an attorney

duly authorized to practice law, to perform all legal services necessary to resolve Debtor's student loan adversary matters.

7. That David Freydin or his office will appropriately request and disclose any compensation for adversary proceedings from this Honorable Court.

WHEREFORE, Debtor, prays this Honorable Court for the following relief:

A. That this Honorable Court authorize Debtor to employ David Freydin of the Law Offices of David Freydin as attorney to perform all legal services necessary or required in the matter of Olena Havryshchuk.

B. For such other and further relief this court deems just and proper

Respectfully Submitted,

/s/ *David Freydin*
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157